UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINA LENOIR,               :

    Plaintiff,                  :

                                CIVIL ACTION NO.

v.                              :

                                1:05-CV-02559-MHS

BELLSOUTH                       :
TELECOMMUNICATIONS, INC.,
                              :

    Defendant.

### ORDER

This action began on March 15, 2004, when plaintiff Christian Lenoir filed suit in the Circuit Court of Jefferson County, Alabama. In her complaint, plaintiff alleges <u>inter alia</u> that she is entitled to disability benefits under the terms of a contract she had while working for defendant, BellSouth Telecommunications, Inc.

Defendant filed a motion to transfer to this Court, and plaintiff filed a motion to remand to state court. On September 21, 2005, the U.S. District Court for the Northern District of Alabama held that the plan under which

plaintiff sued was an ERISA[1] plan and denied plaintiff's motion to remand. The Alabama district court also held that consideration of all relevant factors favored transfer to this Court and granted defendant's motion to transfer.

In its Order dated September 21, 2005, denying plaintiff's motion to remand and granting defendant's motion to transfer, the Alabama district court stated the following: "Plaintiff subsequently filed a Motion for Summary Judgment in which she raises the identical issue as presented in her Motion to Remand. Because the issue will be decided in the context of the Motion to Remand, the court has withheld issuing a summary judgment scheduling submission order." Order at p. 3. The Alabama district court did not issue a specific ruling on plaintiff's motion for partial summary judgment. This Court agrees with the Alabama district court that plaintiff's motion for partial summary judgment raised the same issue as presented in her motion to remand. Accordingly, because the Alabama district court has already resolved the issue of remand, the Court denies as moot plaintiff's motion for partial summary judgment.

---

[1] Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq.

2

Defendant filed a motion for a more definite statement on April 13, 2005, and the Alabama district court did not issue a ruling on this motion. Plaintiff did not respond to this motion either in the Alabama district court or this Court. Therefore, it is deemed to be unopposed. LR 7.1B, N.D. Ga.

Plaintiff's complaint is comprised of four paragraphs. The complaint sets forth very few facts and no statutes under which plaintiff asserts her claims making it impossible to know which, if any, allegations of fact are supposed to support which claims for relief. Accordingly, the Court grants defendant's motion for a more definite statement. The Court directs the plaintiff to file a more definite statement in the form of an amended complaint which presents each claim for relief in a separate count with such clarity and precision that defendant will be able to determine what the plaintiff is claiming and frame a proper answer. See Fed. R. Civ. P. 10(b); see also Anderson v. Bd. of Tr., C. Fla. Comm. Coll., 77 F.3d 364, 367 (11th Cir. 1996). Plaintiff should set forth at least the following: the parties, jurisdiction and venue, facts upon which plaintiff relies for her claims, each count against defendant(s) and the statute under which plaintiff brings each count, demand for a jury if requested, and a prayer for relief. Plaintiff shall file her amended complaint within ten (10) days from the date of entry of this

order, and defendant shall file its answer to plaintiff's amended complaint in accordance with the local rules of this Court and the Federal Rules of Civil Procedure.

For the foregoing reasons, the Court DENIES AS MOOT plaintiff's motion for partial summary judgment [#15]; GRANTS defendant's motion for a more definite statement [#3]; and DIRECTS plaintiff to file a more definite statement within ten (10) days from the date of entry of this order.

IT IS SO ORDERED, this 17 day of December, 2005.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia